IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DETRICK DESHAWN CROSTON,
ADC #131172                                                                                                    PLAINTIFF

v.                                          2:11-cv-00007-DPM-JTK

RAY HOBBS, et al.                                                                                          DEFENDANTS

## ORDER

The Court has determined that service is appropriate for the Defendants Ray Hobbs and James H. Gibson.  The Clerk of the Court shall prepare summons for the Defendants.  The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2) and summons on the Defendants in care of the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 7th day of March, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE