**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DETRICK DESHAWN CROSTON,
ADC #131172                                                                                           PLAINTIFF

v.                                             2:11-cv-00007-DPM-JTK

RAY HOBBS, et al.                                                                                DEFENDANTS

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel responses to requested discovery (Doc. No. 26). Defendants filed a Response to the Motion (Doc. No. 27), indicating Plaintiff's discovery requests were filed prior to the filing of their Answer, and were not served on them at that time. Defendants agree to treat Plaintiff's present Motion as his request for discovery, and agree to respond within the time permitted by the Federal Rules. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Compel (Doc. No. 26) is DENIED as moot.

IT IS SO ORDERED this 12th day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE