# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

DETRICK DESHAWN CROSTON                                PLAINTIFF
ADC #131172

v.                            2:11-cv-7-DPM-JTK

RAY HOBBS, Director, Arkansas Department of Correction;
LARRY MAY, Deputy Director, Arkansas Department of
Correction; JAMES H. GIBSON, Disciplinary Hearing
Administrator, Arkansas Department of Correction;
DANNY BURL, Warden, East Arkansas Regional Unit, ADC;
JANICE BUFFORD GRAY, Specialist, East Arkansas
Regional Unit, ADC; LATHAN ESTER, Disciplinary Hearing
Officer, East Arkansas Regional Unit, ADC; TAMEKA CODY,
Disciplinary Officer, East Arkansas Regional Unit, ADC;
CLARENCE KELLY, Major, East Arkansas Regional Unit, ADC;
and JEREMY ANDREWS, Major, East Arkansas
Regional Unit, ADC                                  DEFENDANTS

## ORDER

On 31 October 2011, Defendants moved for summary judgment. On 22 November 2011, Magistrate Judge Jerome T. Kearney ordered Croston to respond, warning of Local Rule 5.5(c)(2) and the consequences of noncompliance. *Document No. 34.*

Local Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides in part:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his

or her address, to monitor the progress of the case and to prosecute or defend the action diligently. . . . If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

Croston still hasn't responded. In light of Croston's failure to prosecute, the Court dismisses his complaint without prejudice. Motion for summary judgment, *Document No. 31*, denied without prejudice as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 Feb. 2012