IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DETRICK DESHAWN CROSTON					PLAINTIFF
ADC #131172

v.						2:11-cv-7-DPM

RAY HOBBS, Director, Arkansas Department of Correction;
LARRY MAY, Deputy Director, Arkansas Department of
Correction; JAMES H. GIBSON, Disciplinary Hearing
Administrator, Arkansas Department of Correction;
DANNY BURL, Warden, East Arkansas Regional Unit, ADC;
JANICE BUFFORD GRAY, Specialist, East Arkansas
Regional Unit, ADC; LATHAN ESTER, Disciplinary Hearing
Officer, East Arkansas Regional Unit, ADC; TAMEKA CODY,
Disciplinary Officer, East Arkansas Regional Unit, ADC;
CLARENCE KELLY, Major, East Arkansas Regional Unit, ADC;
and JEREMY ANDREWS, Major, East Arkansas
Regional Unit, ADC						DEFENDANTS

JUDGMENT

Croston's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 Feb. 2012